No. 553. HACKNEY, COMMISSIONER OF PUBLIC WELFARE OF TEXAS, ET AL. *v.* MACHADO ET AL., 397 U. S. 593. Motion of appellees to retax costs denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 2245, Misc. WILLARD *v.* HATCHER, CLERK, U. S. DISTRICT COURT, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 1555. TILTON ET AL. *v.* FINCH, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Appeal from D. C. Conn. Probable jurisdiction noted and case set for oral argument following No. 1189 [probable jurisdiction noted, 397 U. S. 1034].

No. 1809, Misc. COHEN *v.* CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist. Motion for leave to proceed *in forma pauperis* granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits and case transferred to appellate docket.

No. 1484. ORGANIZATION FOR A BETTER AUSTIN ET AL. *v.* KEEFE. App. Ct. Ill., 1st Dist. Certiorari granted.

No. 33, Misc. ODOM *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted, limited to retroactivity of *North Carolina* v. *Pearce,* 395 U. S. 711, and case transferred to appellate docket. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.